UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 99-6993

_____

ROYE LEVON PITTMAN,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  James E. Bradberry, Magistrate Judge.  (CA-99-483-2)

_____

Submitted:  October 21, 1999        Decided:  October 27, 1999

_____

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Roye Levon Pittman, Appellant Pro Se.  Robert H. Anderson, III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roye Levon Pittman, a Virginia inmate, seeks to appeal from the magistrate's recommendation that the state's motion to dismiss be granted and that Pittman's 28 U.S.C.A. § 2254 (West Supp. 1999) petition be dismissed.  We dismiss the appeal for lack of jurisdiction because the order is not appealable.  This court may exercise jurisdiction only over final orders, see 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, see 28 U.S.C. § 1992 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949).  The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We deny a certificate of appealability and dismiss the appeal as interlocutory.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2